DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARLISTER SHERRON RUSH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2991

[December 5, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502013CF005691AXXXWB.

Arlister S. Rush, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***